UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

#185151
5-2-2008

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| RICHARD LAWRENCE SHARON LAWRENCE Debtor(s) | CASE NO. BKY 03-42029 RJK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Marcap Vendor Finance Corp. in the amount of $4,525.41, were unclaimed.

CREDITOR:
Marcap Vendor Finance Corp.
9665 Chesapeake Dr.
Suite 305
San Diego, CA 92123

CLAIM NUMBER:
6

AMOUNT:
$4,525.41

ACCOUNT NUMBER:
INT990212035

**Jasmine Z. Keller, Trustee**

Dated: May 1, 2008

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

U.S. BANKRUPTCY COURT MINNEAPOLIS, MN 08 MAY -2 AM 9:14 RECEIVED

## JASMINE Z. KELLER
## STANDING CHAPTER 13 TRUSTEE
### District of Minnesota
12 South 6th Street
Suite 310
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 338-4529

May 1, 2008

U.S. BANKRUPTCY COURT
301 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-

Re: RICHARD LAWRENCE
    SHARON LAWRENCE

BKY: 03-42029 RJK

Dear U.S. BANKRUPTCY COURT,

Enclosed herewith please find the Chapter 13 Trustee's check in the sum of $4,525.41 representing payments to Marcap Vendor Finance Corp according to the Chapter 13 plan. These payments were returned by the U.S. post office with the notation: Forwarding order has expires; moved, no forwarding order on file; or addressee unknown. We have looked in the local telephone books, called the creditor at their last known telephone number and looked on the internet for a current address. Further efforts by this office have not produced a current address. Accordingly, will you please deposit these funds with the Clerk's Registry Fund.

Thank you.


Very truly yours,


/s/ Jody Jayson
Jody Jayson
Closing Clerk